MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

**MICHAEL PETGRAVE** v. **KATRINA S. KANE, et al.**

THE HONORABLE JOHN W. SEDWICK             CASE NO. 2:07-cv-01288 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**             Date:  November 21, 2007

    In a report at docket 13, Magistrate Judge Aspey recommends that the petition be dismissed as moot, based on the fact that the evidence shows that petitioner has been released from detention, by being removed from the United States.  This court's independent review shows that the magistrate judge's recommendation is correct.  The recommendation is adopted.  This petition is **DISMISSED** as moot.  The Clerk will please enter judgment that the petition in this case has been dismissed.